IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL KEITH COLLIER     PLAINTIFF

v.     Civil No. 4:21-cv-04063

OFFICER DUSTIN WAKEFIELD, Mineral Springs
Police Department; and JOHN DOE OFFICER,
Mineral Springs Police Department     DEFENDANTS

## JUDGMENT

For the reasons stated in the Order of even date, Defendant's Motion to Dismiss (ECF No. 8) is hereby **GRANTED**. All of Plaintiff's claims against Defendant Officer Dustin Wakefield and Defendant John Doe Officer are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this **11th day of January 2022**.

*/s/ Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE